IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40485
Conference Calendar
_____


EDSEL B. THOMAS, JR.,

                                        Plaintiff-Appellant,

versus

TERRY BOX, Sheriff, FNU RILEY,
DONALD SCOTT, Nurse,

                                        Defendants-Appellees.

and

FNU GARZA, Guard,

                                        Defendant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CV-41
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Edsel B. Thomas, Jr., appeals from the district court's
order granting Dr. Riley and Donald Scott's motion for summary
judgment.  He argues that he was denied adequate medical
treatment for a brown recluse spider bite.  We have reviewed the

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

record and the district court's opinion and find no reversible error.

This appeal is without arguable merit and thus frivolous. Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it will be dismissed. 5th Cir. R. 42.2.

We caution Thomas that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, he is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

Appeal DISMISSED.